John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile:  310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRACY BACON, individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> 4BUSH HOLDINGS, LLC dba HERBALIST OILS aka FIRST CLASS HERBALIST CBD, a Utah Limited Liability Company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-04649-GW-AS <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> **[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]** |

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FRCP RULE 41(A)(1)(A)(I)**
– 1 –

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Tracy Bacon dismisses this action **without prejudice**. This notice is being filed and served prior to defendant 4bush Holdings, LLC dba Herbalist Oils aka First Class Herbalist CBD ("Defendant") being served with the Complaint and Summons and prior to Defendant filing an answer, a motion for summary judgment, or motion to dismiss. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: October 2, 2020         Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen
Jesenia A. Martinez
**KRISTENSEN LLP**